```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LLOYD R. TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3397 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF LANCASTER and | ) | ORDER |
| ANDREW JACOBSEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's counsel has responded to the order to show cause dated August 15, 2005.

IT THEREFORE HEREBY IS ORDERED,

The show cause order dated August 15, 2005 (filing 11) is withdrawn.

DATED this 21st day of September, 2005.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge