IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LLOYD R. TRACKWELL, | ) | 4:04CV3397 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| COUNTY OF LANCASTER, NEBRASKA, and ANDREW JACOBSEN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the plaintiff's Notice of Dismissal (filing 15) and Fed. R. Civ. P. 41(a), this case is dismissed without prejudice.

October 24, 2005.                    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge